IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELMER LAMONT CHAVIS, <br> a.k.a. OMAR CHAVIS, #245609, <br><br> Petitioner, <br><br> v. <br><br> DAVID WISE, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> )  CASE NO. 1:09-CV-574-WKW <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On May 23, 2013, the Magistrate Judge filed a Recommendation to which no objections have been filed. (Doc. # 36.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that petition for habeas corpus relief is DENIED and that this action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 28th day of June, 2013.

                                                 /s/ W. Keith Watkins
                                       CHIEF UNITED STATES DISTRICT JUDGE